UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER J. HEIM,

    Plaintiff,

v.                                               CASE #: 8:22-cv-02360-MSS-CPT

RLI INSURANCE COMPANY,

    Defendant.
_____/

## **NOTICE OF RESULTS OF MEET AND CONFER**

Pursuant to this Court's Order dated June 1, 2023 (Doc. 46), the parties hereby notify the Court that they have met and conferred regarding the Defendants' Amended Motion for Entry of Order Compelling Medical Examination (Doc. 35) and Plaintiff's Objection to same (Doc. 44). The parties have resolved the conflict and pursuant to their agreement, Defendants filed their Second Amended Unopposed Motion for Entry of Order Compelling Medical Examination on June 7, 2023. (Doc. 47) The parties respectfully request that this Court cancel the hearing scheduled for June 13, 2023, as the parties have resolved the dispute.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court by using the Florida Court E-Filing

Portal, which will send a Notice of Electronic Filing to the following: Joseph Alexander Lao, Esq., 1580 W. Cleveland Street, Tampa, FL  33606-1807, pleadings@lowmanlawfirm.com; Brent Matthew Lowman, Lowman Law Firm, P.A., 31 South Main St., Brooksville, FL  34601, pleadings@lowmanlawfirm.com.

/s/ Susan M. Wilson
SUSAN M. WILSON, ESQUIRE
Florida Bar Number:  545740
Primary: swilson@ogdensullivan.com
Secondary: eservice@ogdensullivan.com
OGDEN SULLIVAN STOVER & SAAR, P.A.
5422 Bay Center Drive, Suite 100
Tampa, FL  33609-3420
(813) 223-5111
(813) 229-2336 Facsimile
Attorney for Defendant RLI Insurance Company